UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED AWAL ABDUL RAHMAN,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden, Imperial<br>Regional Detention Facility, et al.,<br><br>Respondents. | Case No.:  26-cv-1418-RSH-BJW<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 2] |

On March 5, 2026, petitioner Mohammed Awal Abdul Rahman filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"), as well as a motion for an order to show cause. ECF Nos. 1, 2. The Court immediately issued a briefing schedule. ECF No. 3. On March 18, 2026, Respondents timely filed a return. ECF No. 5.

Upon review of the petition and the return, the Court **GRANTS** the petition as follows. Respondents are directed to arrange a bond hearing for petitioner before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or to act as an immigration court in holding a bond

1

hearing, the Petition not having established entitlement to such relief. The Court also declines to grant further declaratory or injunctive relief.

In light of the Court's briefing schedule and the foregoing disposition, Petitioner's motion for an order to show cause [ECF No. 2] is **DENIED** as moot.

The hearing set for March 26, 2026 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: March 18, 2026

_____
Hon. Robert S. Huie
United States District Judge

26-cv-1418-RSH-BJW